NO. 07-01-0278-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

AUGUST 1, 2001

______________________________

IN RE: LARRY NEAL BATES, REALTOR

_________________________________

Before QUINN and REAVIS and JOHNSON, JJ.

On July 31, 2001, the relator filed an unopposed Motion to Withdraw Petition for Writ of Mandamus averring that the Petition for Mandamus should be dismissed.

Without passing on the merits of the case, the relator’s unopposed Motion to Withdraw Petition for Writ of Mandamus is granted and the Petition for Mandamus is hereby dismissed.  
Tex. R. App.  P.
 42.1(a)(1). Having dismissed the Petition for Mandamus at relator’s request, no motion for rehearing will be entertained and our mandate will issue forthwith.  

Phil Johnson

    Justice

Do not publish.